IN THE SUPREME COURT OF TEXAS

 ((((((((((((((((
 No. 06-0416
 ((((((((((((((((

 In re Columbia Medial Center of Las Colinas, Subsidiary, L.P. d/b/a Las
 Colinas Medical Center, Antonette Conner, and Anna Mathew

 ((((((((((((((((((((((((((((((((((((((((((((((((((((
 On Petition for Writ of Mandamus
 ((((((((((((((((((((((((((((((((((((((((((((((((((((

 ORDER

 1. This cause has been ABATED pursuant to Texas Rule of Appellate
Procedure 7.2.
 2. This case is removed from the Court's active docket and shall
be treated as closed, subject to reinstatement upon proper motion or
further order of the Court.
 3. All trial court proceedings in Cause No. 02-05307-K, styled
Wendy Creech, individually, as administrator of the estate of Donald
Creech, Jr., deceased, and as next friend of Billie Creech, a minor, and
Jerimiah Creech, Donald Creech, and Janet Gifford, individually v. Columbia
Medical Center of Las Colinas, Inc. d/b/a Las Colinas Medical Center, Ali
Shirvani, M.D., and Rabia Kahn, M.D., in the 192nd District Court of Dallas
County, Texas, are stayed pending further order of this Court.
 4. The Court requests that relators notify the Court when the
successor judge has ruled in accordance with Texas Rule of Appellate
Procedure 7.2(b).

 Done at the City of Austin, this 29th day of August 2008.

 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk